In the Matter of Supplementary Proceedings: MAX BALIK, Judgment Creditor, Respondent, v. FANNIE D. HARRIS, Judgment Debtor, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARIE SIDENBERG and Others, Respondents, v. THE ARTHUR A. JOHNSON CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVA STUYVESANT HOOPER, Appellant, v. GEORGIA LEE PARKER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARION O'BRIEN, Respondent, v. DENIS DONEGAN, Appellant.— Order so far as appealed from modified by granting items 1, 2, 5, 9 and 10, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE NEW YORK TRUST COMPANY and Another, Respondents, v. MAGNUM HOLDING COMPANY, INC., Appellant, and Others, Defendants. ELEANOR L. DONOHUE, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE NEW YORK TRUST COMPANY and Another, Respondents, v. MAGNUM HOLDING COMPANY, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O Malley, Townley and Glennon, JJ.

FRANK CORTI, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. MAURICE V. ELWOOD and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SUE DILLINGHAM, Respondent, v. ALBERT R. DILLINGHAM, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAX WILSON, Appellant, v. ELIBOW REALTY CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DAVID J. NELSON, Respondent, v. ALFRED A. RITCHIE and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSE ARBER, Respondent, v. CHARLES WEISBECKER (a New York Corporation), Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.